DAVID G. SPIVAK, State Bar # 179684
THE SPIVAK LAW FIRM
9454 Wilshire Blvd.
Suite 303
Beverly Hills, CA 90212
    Telephone   (310) 499-4730
    Facsimile    (310) 499-4739
    Email        david@spivaklaw.com

Attorney for Plaintiff,
JOHN BURNELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOHN BURNELL and all others similarly situated,<br><br>*Plaintiff(s),*<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC., an Arizona corporation; DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: ED-CV 10-00809 VAP(OPx)<br><br>**ORDER RE: FILING OF FIRST AMENDED COMPLAINT** |

      Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

      1)    The [Proposed] First Amended Complaint will be deemed filed on the date it is lodged with the Court.

      2)    Defendants may respond to the First Amended Complaint by motion to dismiss, motion to strike or other responsive pleading.  Nevertheless, Defendant

SWIFT TRANSPORTATION CO., INC., an Arizona corporation, shall not be required to answer the amendment, and all denials, responses and affirmative defenses contained in the Answer to the Complaint filed by Plaintiff on March 22, 2010 in San Bernardino Superior Court shall be responsive to the First Amended Complaint.

**IT IS SO ORDERED.**

October 12, 2010
Date

*Virginia A. Phillips*
The Honorable Virginia A. Phillips,
United States District Court Judge