**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey (SBN 226326)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:   (818) 991-8080
Facsimile:   (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

**LAW OFFICES OF SHAUN SETAREH**
Shaun Setareh, (SBN 204514)
9454 Wilshire Boulevard, Penthouse Suite 1
Beverly Hills, CA 90212
Telephone:   (310) 888-7771
Facsimile:   (310) 888-0109
shaun@setarehlaw.com

Attorneys for Plaintiffs

(Additional Counsel on next page)

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BURNELL, JACK POLLOCK, and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>　　　　　　Defendant. | **CASE NO. 5:10-CV-00809-VAP (OPx)** (Assigned to the Hon. Virginia A. Phillips)<br><br>**JOINT STIPULATION  TO WITHDRAW PLAINTIFF JACK POLLOCK AS NAMED AND REPRESENTATIVE PLAINTIFF**<br><br>Complaint Filed:　March 22, 2010<br>Trial Date:　None Set<br>Case Stayed:　1/20/2011 – 8/8/2012 |

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Defendant's Counsel**

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
A Limited Liability Partnership
Including Professional Corporations
RONALD J. HOLLAND, Bar No. 148687
rholland@sheppardmullin.com
ELLEN M. BRONCHETTI, Bar No. 226975
ebronchetti@sheppardmullin.com
PAUL S. COWIE, Bar No. 250131
pcowie@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:  415-434-9100
Facsimile:    415-434-3947

Joint Stipulation to Withdraw Jack Pollock as a Named and Represenatitive Plaintiff
Case No. 5:10-CV-00809-VAP

1   Plaintiffs John Burnell and Jack Pollock ("Plaintiffs") and Defendant Swift
2   Transportation of Arizona, LLC ("Defendant") (hereinafter collectively, the "Parties"),
3   by and through their counsel of record, hereby stipulate and agree as follows:

4   WHEREAS, due to the circumstances of his current employment, Plaintiff Jack
5   Pollock ("Pollock") is unavailable to continue in the role of representative plaintiff;

6   WHEREAS, on June 17, 2013, the parties notified the Court of Plaintiff Jack
7   Pollock's intent to withdraw as a representative plaintiff based on his unavailability in
8   this action;

9   WHEREAS, the parties have met and conferred and discussed how best to
10   proceed in this action;

11   WHEREAS, on July 12, 2013, defense counsel sent Plaintiffs' counsel a letter
12   agreeing to stipulate to withdrawal of Plaintiff Jack Pollock as a class representative in
13   this action;

14   WHEREAS, on July, 15, 2013, Plaintiff Jack Pollock provided Plaintiffs'
15   counsel his written consent to withdraw as a class representative (but remains a
16   putative class member);

17   NOW THEREFORE, IT IS HEREBY STIPULATED by the parties herein,
18   through their counsel of record and subject to this Court's approval, that the Court now
19   issue an order allowing Plaintiff Jack Pollock to withdraw as a class representative
20   Plaintiff in the above titled action.

21

22   **IT IS SO STIPULATED.**

23

24   DATED:   July 19, 2013            **MARLIN & SALTZMAN, LLP**
                                       **LAW OFFICES OF SHAUN SETAREH**
25

26                                     By:  /S/   Christina A. Humphrey
27                                          Christina A. Humphrey, Esq.
                                            Attorneys for Plaintiffs
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  July 19, 2013

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

By:   /S/   Ellen M. Bronchetti
      Ellen M. Bronchetti, Esq.
      Paul S. Cowie, Esq.
      Attorneys for Defendant
      SWIFT TRANSPORTATION CO. OF ARIZONA, LLP

Joint Stipulation to Withdraw Jack Pollock as a Named and Represenatitive Plaintiff
Case No. 5:10-CV-00809-VAP