**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey (SBN 226326)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:   (818) 991-8080
Facsimile:    (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

**LAW OFFICES OF SHAUN SETAREH**
Shaun Setareh, (SBN 204514)
9454 Wilshire Boulevard, Penthouse Suite 1
Beverly Hills, CA 90212
Telephone:   (310) 888-7771
Facsimile:    (310) 888-0109
shaun@setarehlaw.com

Attorneys for Plaintiffs
(Additional Counsel on next page)

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BURNELL, JACK POLLOCK, and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>            Defendant. | **CASE NO. 5:10-CV-00809-VAP (OPx)**<br>(Assigned to the Hon. Virginia A. Phillips)<br><br>**ORDER GRANTING JOINT STIPULATION  TO WITHDRAW JACK POLLOCK AS A NAMED AND REPRESENTATIVE PLAINTIFF**<br><br>Complaint Filed:    March 22, 2010<br>Trial Date:              None Set<br>Case Stayed:         1/20/2011 – 8/8/2012 |

1

1  **Defendant's Counsel**

2  **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
   A Limited Liability Partnership
3  Including Professional Corporations
   RONALD J. HOLLAND, Bar No. 148687
4  rholland@sheppardmullin.com
   ELLEN M. BRONCHETTI, Bar No. 226975
5  ebronchetti@sheppardmullin.com
6  PAUL S. COWIE, Bar No. 250131
   pcowie@sheppardmullin.com
7  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111-4109
8  Telephone:  415-434-9100
9  Facsimile:    415-434-3947

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# ORDER

After reviewing the parties Joint Stipulation to Withdraw Jack Pollock as a Named and Representative Plaintiff, the Court hereby orders that Jack Pollock may withdraw as a class representative, but may remain as a class member in the action.

**IT IS SO ORDERED.**

DATED: _August 23, 2013__

*Virginia A. Phillips*

Hon. Virginia A. Phillips
United States District Judge

3