**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**LAW OFFICES OF SHAUN SETAREH**
Shaun Setareh, (SBN 204514)
9454 Wilshire Boulevard, Penthouse Suite 1
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
shaun@setarehlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN BURNELL, JACK POLLOCK, and all others similarly situated,

Plaintiffs,

v.

SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

Defendant.

.

**CASE NO. 5:10-CV-00809-VAP (OPx)**
(Assigned to the Hon. Virginia A. Phillips)

**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

Complaint Filed: March 22, 2010
Trial Date: None Set
Case Stayed: January 20, 2011 – August 8, 2012

/ / /

/ / /

NOTICE IS HEREBY GIVEN that Plaintiffs Jack Burnell, Jack Pollock, and Gilbert Saucillo, on behalf of themselves and all others similarly situated in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following Orders issued by the Honorable Virginia A. Phillips, District Court for the Central District of California: (1) the Order granting Plaintiffs' Motion for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b) [Docket No. 103] entered on August 22, 2013; (2) the Order Granting Joint Stipulation Re: Final Judgment Pursuant to Rule 54 for Any Potential Meal and Rest Break Claims Asserted by Gilbert Saucillo [Docket No. 106] entered on August 26, 2013; and (3) the Order granting Defendant's Motion for Judgment on the Pleadings [Docket No. 82] which serve as the basis for entry of final judgment in Dockets 103 and 106. By virtue of certification and order entering Judgment pursuant to Rule 54(b), appeal is proper as the claims were deemed severable. See, *James v. Price Stern Sloan, Inc.*, 1064, 1067-68 (9th Cir 2002).

Respectfully submitted,

DATED: September 17, 2013

**MARLIN & SALTZMAN, LLP**
**LAW OFFICES OF SHAUN SETAREH**

By: /S/ Christina A. Humphrey

Stanley D. Saltzman, Esq.
Marcus J. Bradley, Esq.
Christina A. Humphrey, Esq.
Leslie H. Joyner, Esq.
Attorneys for Plaintiffs

**REPRESENTATION STATEMENT**

The undersigned represents Plaintiffs-Appellants JOHN BURNELL, JACK POLLOCK, and GILBERT SAUCILLO, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email where appropriate.

| **PARTIES** | **COUNSEL OF RECORD** |
|---|---|
| Plaintiffs-Appellants John Burnell, Jack Pollock, Gilbert Saucillo | **MARLIN & SALTZMAN, LLP**<br>Stanley D. Saltzman, Esq. (SBN 90058)<br>Marcus J. Bradley, Esq. (SBN 174156)<br>Christina A. Humphrey (SBN 226326)<br>Leslie H. Joyner, Esq. (SBN 262705)<br>29229 Canwood Street, Suite 208<br>Agoura Hills, California 91301<br>Telephone: (818) 991-8080<br>Facsimile: (818) 991-8081<br>ssaltzman@marlinsaltzman.com<br>mbradley@marlinsaltzman.com<br>chumphrey@marlinsaltzman.com<br>ljoyner@marlinsaltzman.com |
| Plaintiffs-Appellants John Burnell, Jack Pollock, Gilbert Saucillo | **LAW OFFICES OF SHAUN SETAREH**<br>Shaun Setareh, Esq.<br>Penthouse Suite 1<br>99454 Wilshire Boulevard<br>Beverly Hills, CA 90212<br>Telephone (310) 888-7771<br>Facsimile: (310) 888-0109<br>shaun@setarehlaw.com |
| | |

| Defendant-Respondent Swift Transportation Co. of Arizona, LLC | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Ronald J. Holland, Esq.<br>Ellen M. Bronchetti, Esq.<br>Paul S. Cowie, Esq.<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Telephone: (415) 434-910<br>Facsimile: (415) 434-3947<br>ebronchetti@sheppardmullin.com<br>pcowie@sheppardmullin.com |
|---|---|

DATED: September 17, 2013

**MARLIN & SALTZMAN, LLP**
**LAW OFFICES OF SHAUN SETAREH**

By: /S/ Christina A. Humphrey
Stanley D. Saltzman, Esq.
Marcus J. Bradley, Esq.
Christina A. Humphrey, Esq.
Leslie H. Joyner, Esq.
Attorneys for Plaintiffs

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 29229 Canwood Street, Suite 208, Agoura Hills, California 91301-1555.

On September 17, 2013, I served the foregoing document described as **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** on all interested parties in said action as follows:

**SEE ATTACHED SERVICE LIST**

[X] **(VIA US MAIL)** I caused such envelope(s) to be deposited in the mail at Agoura Hills, California with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(VIA FEDERAL EXPRESS)** I caused to have served such document(s) by depositing them in the drop box at Agoura Hills, California, for priority overnight next day delivery.

[ ] **(VIA FACSIMILE)** I caused such document to be faxed to the persons identified with fax numbers on the attached Mailing List.

[ ] **(VIA PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee.

[ ] **(VIA E-MAIL)** I caused to have such documents sent by electronic service [Fed. Rule Civ. Proc. Rule 5(b)(2)(a)] by electronically mailing a true and correct copy through Marlin & Saltzman's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 7, 2013, at Agoura Hills, California.

Sandy Laranjo

***Burnell v. Swift Transportation***
**USDC Case No. CV10-00809-VAP(OPx)**

**Service List**

| | |
|---|---|
| Ronald J. Holland, Esq.<br>Ellen M. Bronchetti, Esq.<br>Paul S. Cowie, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Telephone: (415) 434-910<br>Facsimile: (415) 434-3947<br>ebronchetti@sheppardmullin.com<br>pcowie@sheppardmullin.com | Attorney for Defendant Swift Transportation Co. of Arizona, LLC |
| Shaun Setareh, Esq.<br>LAW OFFICES OF SHAUN SETAREH<br>Penthouse Suite 1<br>99454 Wilshire Boulevard<br>Beverly Hills, CA 90212<br>Telephone (310) 888-7771<br>Facsimile: (310) 888-0109<br>shaun@setarehlaw.com | Co-Counsel for Plaintiff |