SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Swift Transportation Co. of Arizona, LLC

MARLIN & SALTZMAN, LLP
Stanley D. Saltzman, Cal. Bar No. 90058
ssaltzman@marlinsaltzman.com
Marcus J. Bradley, Cal. Bar No. 174156
mbradley@marlinsaltzman.com
Christina A. Humphrey, Cal. Bar No. 226326
chumphrey@marlinsaltzman.com
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: 818-991-8080
Facsimile: 818-991-8081

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BURNELL, JACK POLLOCK, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA LLC,<br><br>Defendant. | Case No. 5:10-CV-00809-VAP (OPx)<br><br>The Hon. Virginia A. Phillips<br><br>**STIPULATION TO DISMISS PLAINTIFFS' THIRD AND FIFTH CAUSES OF ACTION**<br><br>Complaint Filed: March 22, 2010<br>Trial Date: None Set |

1  Pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a), Plaintiffs John Burnell and Gilbert Saucillo ("Plaintiffs") and Defendant Swift Transportation Co. of Arizona, LLC (erroneously named Swift Transportation Co. Inc.), ("Defendant"), (collectively the "Parties"), by and through their counsel of record, stipulate as follows:

WHEREAS, Plaintiffs filed a Second Amended Complaint ("SAC") on August 27, 2013;

WHEREAS, Plaintiffs request to dismiss their individual claims for Failure to Indemnify (Third Cause of Action) and Unlawful Pay Instruments (Fifth Cause of Action) as alleged in the SAC with prejudice;

WHEREAS, Plaintiffs request to dismiss their putative class claims for Failure to Indemnify (Third Cause of Action) and Unlawful Pay Instruments (Fifth Cause of Action) as alleged in the SAC without prejudice;

WHEREAS, dismissal of the putative class claims without prejudice will not cause any prejudice to the putative class;

WHEREAS both parties agree to bear their own attorneys' fees and costs as they related to Plaintiffs' Third Cause of Action and Fifth Cause of Action;

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree, and respectfully request that the Court so order:

Plaintiffs' Third Cause of Action for Failure to Indemnify and Fifth Cause of Action for Unlawful Pay Instruments will be dismissed as to both individual and putative class claims, in their entirety.  Any reference to the Third Cause of Action and Fifth Cause of Action shall be stricken from the SAC.

IT IS SO STIPULATED.

Dated: February 23, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Paul Cowie
Paul Cowie
Attorney for SWIFT TRANSPORTATION
CO. OF ARIZONA LLC

Dated: February 23, 2016

By: /s/ Christina Humphrey
Christina Humphrey
Attorney for Plaintiffs

-2-

SMRH:475349240.1                             STIPULATION TO DISMISS PLAINTIFFS' THIRD
                                             AND FIFTH CAUSES OF ACTION