**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com

**LAW OFFICES OF SHAUN SETAREH**
Shaun Setareh, (SBN 204514)
315 South Beverly Drive, Suite 315
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
shaun@setarehlaw.com

Attorneys for Plaintiffs
(Additional Counsel on next page)

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BURNELL, JACK POLLOCK, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>Defendant. | **CASE NO. 5:10-CV-00809-VAP (OPx)**<br>(Assigned to the Hon. Virginia A. Phillips)<br><br>**JOINT STIPULATION RE: REMOVAL OF PLAINTIFF JOHN BURNELL AS A PROPOSED REPRESENTATIVE PLAINTIFF**<br><br>Complaint Filed:  March 22, 2010<br>Trial Date:  None Set |


1  **Defendant's Counsel**

2  **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
A Limited Liability Partnership
3  Including Professional Corporations
PAUL S. COWIE, Bar No. 250131
4  pcowie@sheppardmullin.com
ROBERT MUSSIG, BAR No. 240369
5  Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
6  Telephone:   415-434-9100
Facsimile:    415-434-3947
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Gilbert Saucillo ("Plaintiff") and Defendant Swift Transportation Co. of Arizona, LLC ("Defendant") (hereinafter collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS on March 22, 2010, this action was filed in State Court by Plaintiff and proposed representative plaintiff John Burnell;

WHEREAS on June 2, 2010, this matter was removed to this Court by Defendant, and assigned to this Court as Case No.10-CV-00809-VAP (OPx);

WHEREAS on October 12, 2010, this Court signed an Order permitting the filing of a First Amended Complaint which, among other amendments, added co-plaintiff Jack Pollack as an additional proposed representative plaintiff (Dkt no. 20);

WHEREAS, on July 16, 2013, Plaintiffs filed their Motion for Leave to File a Second Amended Complaint Substituting Gilbert Saucillo as a Representative Plaintiff in Place of Plaintiff Jack Pollock;

WHEREAS, on August 27, 2013, following this court's Order thereon, Plaintiffs filed their Second Amended Complaint Substituting Gilbert Saucillo as a Representative Plaintiff in Place of Plaintiff Jack Pollock, and also leaving in place proposed representative plaintiff John Burnell;

WHEREAS, on May 4, 2016, this Court issued its Order denying the motion to certification filed by plaintiffs Burnell and Saucillo;

WHEREAS, in 2018, counsel for the proposed class in another similar matter also pending before this Court, styled as James R. Rudsell, et al. vs. Swift Transportation, Case No. EDCV-12-00692 VAP (OPx), began negotiations to attempt to resolve its claims, and eventually those negotiations expanded to also include the claims asserted in the Burnell action, so that all claims in the two actions could be addressed;

WHEREAS, the Parties to the two matters being negotiated have now reached a

3

Joint Stipulation Re: Removal of Plaintiff John Burnell as a
Proposed Representative Plaintiff
Case No. 5:10-CV-00809-VAP

proposed settlement of the actions, and the claims asserted therein;

WHEREAS, over the course of the last two years, counsel for representative plaintiffs in the Burnell and Saucillo matter, Marlin & Saltzman LLP, have discovered that they have lost contact with plaintiff John Burnell;

WHEREAS, despite having retained the services of the very capable private investigation firm of David Batza & Associates to assist in the search for Mr. Burnell, they have been unable to re-connect with plaintiff John Burnell;

WHEREAS, in order to conclude the proposed settlement, it is necessary for the proposed representative plaintiffs in both actions to execute the agreement reached so as to document the settlement and then be able to present it to the Court for preliminary approval;

WHEREAS, given Plaintiff Burnell's unavailability, he is not able to be reached so as to enable him to execute the Settlement;

NOW THEREFORE, IT IS THE STIPULATION AND AGREEMENT OF COUNSEL, as follows:

1. That to enable the proposed settlement of these proposed class actions to move forward, that Plaintiff John Burnell will no longer serve as a proposed class representative of the putative class in the within Burnell and Saucillo action;
2. That Plaintiff Gilbert Saucillo will remain in the Burnell matter as the proposed class representative of said action;
3. That despite being removed as a proposed representative plaintiff, that any and all rights and claims that Plaintiff Burnell has as a putative class member shall remain valid and are not prejudiced by this stipulation; and,
4. The parties agree that this stipulation does not trigger the right to seek fees or costs that either party may be entitled to at the termination of this lawsuit.

**IT IS SO STIPULATED.**

DATED:   June 3, 2019        **MARLIN & SALTZMAN, LLP**
                                                 **LAW OFFICES OF SHAUN SETAREH**

By: /S/   Stanley D. Saltzman
         Stanley D. Saltzman, Esq.
         Attorneys for Plaintiffs

DATED:   June 3, 2019        **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

By: /S/   Robert Mussig
         Paul S. Cowie, Esq.
         Robert Mussig, Esq.
         Attorneys for Defendant
         SWIFT TRANSPORTATION CO. OF ARIZONA, LLP

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all of the signatories listed above concur in the contents of this filing and have authorized the filing of this document at the Proposed Order herewith.

                                         /S/  Stanley D. Saltzman
                                         Stanley D. Saltzman