**JAMES R. HAWKINS, APLC**
James R. Hawkins, Esq. SBN 192925
Gregory E. Mauro, Esq. SBN 222239
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL:   (949) 387-7200
FAX:   (949) 387-6676

Attorneys for Plaintiff, JAMES R. RUDSELL, on behalf of himself and all others similarly situated

**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
29800 Agoura Road, Suite 210
Agoura Hills, California  91301
Telephone:  (818) 991-8080
Facsimile:   (818) 991-8081
ssaltzman@marlinsaltzman.com

**SETAREH LAW GROUP**
Shaun Setareh, (SBN 204514)
315 South Beverly Drive, Suite 315
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
shaun@setarehlaw.com

Attorneys for Plaintiffs GILBERT SAUCILLO, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BURNELL, et al.<br><br>     Plaintiffs,<br><br>     v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC<br><br>     Defendants,<br>     and<br>JAMES R. RUDSELL,<br><br>     Plaintiffs,<br><br>     v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, et al.<br><br>     Defendants. | Case No. 5:10-cv-00809-VAP-OP; and Case No. 5:12-cv-00692 VAP OP;<br><br>Hon. Virginia A. Phillips<br><br>**DECLARATION OF GILBERT SAUCILLO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT**<br><br>Date of Hearing: August 12, 2009<br>Time:               2:30 p.m.<br>Room:              8A – First Street |

I, Gilbert Saucillo, hereby declare and state:

1. I am an individual over the age of eighteen. I am a named plaintiff in this lawsuit. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I began working as a driver for Defendant Swift Transportation Company of Arizona, LLC ('Swift") in April of 2006, and have continued with that employment ever since then. I earned mileage based pay for my work during most the time I worked for Swift. I lived in California during the entire time I worked for Swift.

3. I understand that I am a named plaintiff and proposed class representative in this lawsuit. I understand that as a representative plaintiff, it is and has been my role to represent a class of other drivers who were employed by Swift to perform work in California and earned mileage based pay.

4. I understand that my lawsuit has been consolidated with another lawsuit filed by another former Swift driver named James Rudsell and that the consolidated case alleges that Swift drivers, including Mr. Rudsell and I, were not paid for all of our worktime, were not provided meal and rest breaks, were not reimbursed for work-related expenses, were not paid timely paid final wages, and were not provided accurate wage statements.

5. To my knowledge, there are no conflicts which exist between my interests in this case and the interests of the other drivers I have and will represent, that would impair my ability to serve as a representative.

6. I have been an active participant in this case and have assisted in the investigation of this case. I have provided documents to my attorneys and have assisted in preparing filings and gathering facts.

7. I understand my duties and responsibilities to the proposed class. Before signing the settlement agreement with Swift, I reviewed the agreement with my lawyers and understand that it provides for a gross settlement payment amount of $7,250,000.00, with at least $4,273,333.33 to be paid to Swift drivers, which I believe to be a fair and

adequate result. I have not been promised any compensation other than my proportionate share of the settlement money and the possibility of a $5,000 incentive award for my work on this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Upland, California

Executed this 28th day of July, 2019 at ___2:38 pm 7/28/19___

_____
GILBERT SAUCILLO

-2-

Case No. EDCV-10-00809-VAP