1  **MARLIN & SALTZMAN, LLP**
   Stanley D. Saltzman, Esq. (SBN 90058)
2  29800 Agoura Road, Suite 210
   Agoura Hills, California  91301
3  Telephone:   (818) 991-8080
   Facsimile:    (818) 991-8081
4  ssaltzman@marlinsaltzman.com

5

6  **JAMES R. HAWKINS, APLC**
   James  R. Hawkins, Esq. (SBN 192925)
7  Gregory E.  Mauro, Esq. (SBN 222239)
   9880 Research Drive, Suite 200
8  Irvine, California  92618
   Telephone:   (949) 387-7200
9  Facsimile:    (949
   james@jameshawkinsaplc.com
10 greg@jameshawkinsaplc.com

11

12 **LAW OFFICES OF SHAUN SETAREH**
   Shaun Setareh, (SBN 204514)
13 9454 Wilshire Boulevard, Penthouse Suite 1
   Beverly Hills, CA 90212
14 Telephone:   (310) 888-7771
   Facsimile:    (310) 888-0109
15 shaun@setarehlaw.com

16 Attorneys for Plaintiffs GILBERT SAUCILLO, et al.

17

18              **IN THE UNITED STATES DISTRICT COURT**

19                   **CENTRAL DISTRICT OF CALIFORNIA**

20 JOHN BURNELL, JACK POLLOCK,           **CASE NO. 5:10-CV-00809-VAP (OPx)**
   and all others similarly situated,
21                                       (Related to Case No. EDCV 12-00692-
                                         VAP-OPx)
22              Plaintiffs,
                                         (Assigned to Hon. Virginia A. Phillips)
23                                       **DECLARATION OF GILBERT**
   v.                                    **SAUCILLO IN SUPPORT OF**
24                                       **PLAINTIFFS' MOTION FOR FINAL**
                                         **APPROVAL OF CLASS ACTION**
25 SWIFT TRANSPORTATION CO. OF           **SETTLEMENT**
   ARIZONA, LLC,
26                                       Complaint Filed:     March 22, 2010
              Defendant.                 Trial Date:          None Set
27

28

                                            1
                            DECLARATION OF GILBERT SAUCILLO
                            Case No. 10-cv-00809-VAP(OPx)

I, Gilbert Saucillo, hereby declare and state:

1. I am an individual over the age of eighteen. I am a named plaintiff in this lawsuit. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I began working as a driver for Defendant Swift Transportation Company of Arizona, LLC ("Swift") in April of 2006, earning mileage based pay for my work during most the time I worked for Swift. I lived in California during the entire time I worked for Swift. I joined this lawsuit as a named plaintiff in 2013 after contacting attorneys at Marlin & Saltzman because I was concerned about being underpaid.

3. I have been an active participant in this case and have assisted in the investigation of this case by providing responses to interrogatories and document requests. I provided documents to my attorneys on an on-going basis throughout the case. During the course of the case, I conferred numerous times with my attorneys and their paralegal to review facts relevant to the case, and to timely complete all discovery requests that were served upon me throughout the litigation.

4. I had my deposition taken twice, once on December 12, 2015 and again on February 10, 2106. Each time, I met beforehand with Mr. Saltzman, one of my attorneys from Marlin & Saltzman, in order to prepare for my deposition. Due to the distance, I stayed in a Los Angeles hotel the night before each deposition. I estimate I spent at least 45 hours travelling to and attending my depositions.

5. In January 2016, I assisted my lawyers in preparing the Motion for Class Certification by providing a Declaration in Support of Plaintiff's Motion, and by helping to get declarations from other drivers to support the Motion for Class Certification.

6. As preparations were made to conduct mediation, I made myself available for mediation by phone.

7. Throughout the litigation, I have always had the best interests of the entire group of drivers (the class) in mind and I have worked hard on their behalf. This lawsuit

2
DECLARATION OF GILBERT SAUCILLO
Case No. 10-cv-00809-VAP(OPx)

1   took longer than I expected, as my attorneys have explained to me that many complex and

2   new issues in the case had to be resolved by the Court. I have remained in regular contact

3   with Plaintiffs' counsel at Marlin & Saltzman throughout the case, and recognize Mr.

4   Saltzman's cell phone number whenever he calls. I also spoke often with their senior

5   paralegal Susan Joseph.

6          8.    Throughout the case, I spent many hours on the telephone, in person, and/or

7   by correspondence, discussing case developments, and providing insight into Swift's

8   operations, policies, practices and procedures. There were more conversations than I

9   could count over the many years. I estimate I spent at least 85 hours total on this matter.

10         9.    I believe I provided considerable time and effort on behalf of thousands of

11   class member drivers who stand to benefit from the Settlement Agreement. I willingly

12   agreed to participate in this case with no guarantee of personal benefit. By filing this

13   lawsuit, I understood that I could be exposing myself to the risk of retaliation or trouble

14   finding employment as a result of my role in this Action. Given the internet, it is quite

15   likely that any future employer will find out simply by "googling" my name that I acted as

16   a class representative in this action against a prior employer. I have also signed a general

17   release of all claims against Swift. I believe that the time, effort, and information I

18   provided to Class Counsel helped to make this Settlement possible.

19         10.    I support this Settlement and request that the Court approve the requested

20   incentive award.

21       I declare under penalty of perjury under the laws of the United States of America

22   that the foregoing is true and correct.

23   Executed this 18th day of November 2019 at _____

24

25

26                             _____

27                             GILBERT SAUCILLO

28

                                    3

                        DECLARATION OF GILBERT SAUCILLO

                        Case No. 10-cv-00809-VAP(OPx)

4    Saltzman's cell phone number whenever he calls. I also spoke

5    paralegal Susan Joseph.

6

7        8.      Throughout the case, I spent many hours on the telephone, in person, and/or by correspondence, discussing case developments, and providing insight into Swift's operations, policies, practices and procedures. There were more conversations than I could count over the many years. I estimate I spent at least 85 hours total on this matter.

8

9

10       9.      I believe I provided considerable time and effort on behalf of thousands of class member drivers who stand to benefit from the Settlement Agreement. I willingly agreed to participate in this case with no guarantee of personal benefit. By filing this lawsuit, I understood that I could be exposing myself to the risk of retaliation or trouble finding employment as a result of my role in this Action. Given the internet, it is quite likely that any future employer will find out simply by "googling" my name that I acted as a class representative in this action against a prior employer. I have also signed a general release of all claims against Swift. I believe that the time, effort, and information provided to Class Counsel helped to make this Settlement possible.

11

12

13

14

15

16

17

18

19

20       10.     I support this Settlement and request that the Court approve the request incentive award.

21

22       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

23

24       Executed this 18th day of November 2019 at _____

25

                                                 GILBERT SAUCEDO

26

27

28

                                            3
                        DECLARATION OF GILBERT SAUCE
                           Case No. 10-cv-00809-VAP(O