UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | ED 10-CV-00809 VAP (OPx) (Consolidated w/ED 12-CV-00692) |
| Date | 12/2/2019 |
| Title | John Burnell, et al v. Swift Transportation Co. of Arizona, LLC |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

Beatrice Herrera
Deputy Clerk

Myra Ponce
Court Reporter

Attorney(s) Present for Plaintiff(s):

Gregory E. Mauro
David Markham (Obj-Anthony Blakely)
Neal J. Fialkow and James Cahill
(Obj-Lawrence Peck)
Joseph Clapp (Obj-Sadashiv Mares)

Attorney(s) Present for Defendant(s):

Robert E. Mussig, Jr.
Paul S. Cowie

Proceedings:   PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARDS AND ADMINISTRATION COSTS; [DOC. NO. 227]

Matter called. Counsel for the parties are present as well as counsel for the objectors to the above motion referenced above. Court Issue's tentative ruling and invites oral argument of Counsel. The Court having heard from counsel and counsel for the objectors, takes the matter under submission. Court will issue final ruling.

**IT IS SO ORDERED.**