JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BURNELL, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, et al.<br><br>    Defendants.<br><br>    and<br><br>JAMES R. RUDSELL,<br><br>    Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC<br><br>    Defendant | Case No. 5:10-cv-00809-VAP-OP; and<br>Case No. 5:12-cv-00692 VAP OP;<br><br>Hon. Virginia A. Phillips<br><br>**JUDGMENT** |

In accordance with the Court's April 28, 2022, order granting final approval of the Parties' class action settlement, it is hereby ORDERED, ADJUDGED, AND DECREED, that JUDGMENT is entered in favor of Defendants Swift Transportation Company of Arizona, LLC and Swift Transportation Company.  Plaintiffs and the certified class, except those members who timely and validly requested exclusion, shall take nothing from Defendants except in accordance with the approved settlement and the Court's April 28, 2022, order.  Members of the certified settlement class who timely and validly requested exclusion are set forth on **Exhibit A.**  The Court retains jurisdiction to ensure compliance with the settlement and order approving the settlement.

This JUDGMENT is a separate document for purposes of Federal Rule of Civil Procedure 58(a).

IT IS SO ORDERED.

DATED: April 28, 2022

_____
Honorable Virginia A. Phillips
United States District Judge

**Exhibit A**

1. 
2. Bruce Gordon
3. Grant Fritsch
4. Edward Bouissey
5. Raad Othman
6. Scott Sommers
7. William Bouton
8. William Yingling
9. Tab Bachman
10. Rickey Hodge
11. Shirley Benoy
12. Tamra Horton
13. Richard Hodges